THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>GENE UI BAKER,<br><br>Debtor. | CASE NO. C21-725 JCC<br><br>MINUTE ORDER |
| CHONG TOK BROWN, *et al.*,<br><br>Appellants,<br>v.<br><br>NANCY L. JAMES, Trustee,<br><br>Appellee. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge: The parties' Stipulation to Modify Briefing Schedule (Dkt. No. 7) is GRANTED. It is ORDERED that the briefing schedule is modified as follows:

1. Appellee's responsive brief is due October 22, 2021.
2. Appellant's reply brief, if any, is due November 5, 2021.

DATED this 26th day of August 2021.

C21-725 JCC
PAGE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
