THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>GENE UI BAKER,<br><br>Debtor. | CASE NO. C21-725 JCC<br><br>MINUTE ORDER |
| CHONG TOK BROWN, *et al.*,<br><br>Appellants,<br>    v.<br><br>NANCY L. JAMES, Trustee,<br><br>Appellee. | |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    The parties' Second Stipulation to Modify Briefing Schedule (Dkt. No. 10) is GRANTED. It is ORDERED that the briefing schedule is modified as follows:

    1.    Appellee's responsive brief is due December 3, 2021.

    2.    Appellant's reply brief, if any, is due December 17, 2021.

//

//

C21-725 JCC
PAGE - 1

1 |     DATED this 19th day of October 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk