THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>GENE UI BAKER,<br><br>                 Debtor.<br><br>BROWN, *et al.*,<br><br>                 Appellants,<br><br>   v.<br><br>JAMES, Trustee<br><br>                 Appellee. | CASE NO. C21-0725-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      Before the Court is the parties' third request to modify the briefing schedule for this bankruptcy appeal. (Dkt. No. 12). In their previous request, the parties stated they had entered a settlement agreement in principal but were awaiting approval from the bankruptcy court. (*See* Dkt. No. 10 at 1.) Now, they state that the bankruptcy court approved the settlement agreement on November 15, 2021, but they still need time to "conclude the settlement." (Dkt. No. 12 at 2.) Given that the parties have settled the case, the Court sees little reason to maintain a briefing schedule and is disinclined to afford further continuances without a timeline for closing this

MINUTE ORDER
C21-0725-JCC
PAGE - 1

matter. Accordingly it is hereby ORDERED that:

1. The parties' stipulation (Dkt. No. 12) is DENIED without prejudice.
2. Within 7 days of this order, the parties must file a revised stipulation (1) specifying when they expect to "conclude the settlement," and (2) proposing a prompt deadline to file notice of voluntary dismissal or show cause why the action should not be dismissed based on the approved settlement.

DATED this 18th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
