THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>GENE UI BAKER,<br><br>　　　　　　Debtor.<br>―――――――――――――――――<br>BROWN, *et al.*,<br><br>　　　　　　Appellants,<br><br>　v.<br><br>JAMES, Trustee<br><br>　　　　　　Appellee. | CASE NO. C21-0725-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' December 22, 2021 stipulation indicates that their settlement payment has been completed, and this appeal is resolved and may be dismissed. (Dkt. No. 16 at 2.) The Court therefore DISMISSES this case with prejudice. The Clerk may CLOSE the case.

DATED this 23rd day of December 2021.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　Deputy Clerk